# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Victor Rafael Vargas-Murga,<br>Defendant. | Case No. 18-CR-1656-JLS<br><br>**Order Granting Early Termination of Supervised Release** |

**GOOD CAUSE APPEARING,** it is hereby ordered that defendant Victor Rafael Vargas-Murga's three-year term of supervised release be terminated in the interests of justice.

**IT IS SO ORDERED.**

Dated: October 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

18-CR-1656-JLS